Dismissed and Memorandum Opinion filed March 6, 2008








Dismissed
and Memorandum Opinion filed March 6, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01012-CV

____________

 

GARRY EDWARD MOULTON, Appellant

 

V.

 

SHELLIA FAYE MOULTON, Appellee

 



 

On Appeal from the
246th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-79453

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a final decree of divorce signed November 2, 2007.  On January
10, 2008, this court referred the case to mediation.  On February 26, 2008,
appellant filed an agreed motion to dismiss the appeal because the case settled
at mediation.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
6, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Boyce.